DEBT.        Johnson *et al. vs* Lyle's Administrator.

ERROR TO THE SCOTT CIRCUIT.

*Case* 111.                *Special terms.    Called Courts.*

*May* 11.        CHIEF JUSTICE EWING delivered the opinion of the Court.

The act of 1837-8, authorizing the Judge of the Scott Circuit Court to hold a special term, prescribes no form of notice to litigants, except what the discretion of the Judge might suggest—and it was not error to render judgments. If a party defendant had in fact no notice and a good defence, his remedy is in Chancery.

THE only error assigned in this case is, that judgment was rendered at a special term, called by the Judge.   This he was authorized to do by a special act of the Legislature, (*Acts of* 1837-8, 113,) which prescribed no form of notice to litigants, other than that which his prudence and discretion might dictate.   Such notice, it must be presumed, was given.   It is not required by the act to appear on the record, that it was given, and its non-appearance is no sufficient ground for a reversal.

If the defendants below had a good defence to the action, and in fact had no notice of the special term, their only remedy is in equity.

Judgment affirmed with costs, &c.

*Daviess* for plaintiffs: *Robinson & Johnson* for defendant.